# EXHIBIT A

# Commonwealth of Massachusetts

SUFFOLK, ss.

*Delivered the 20 day of July 20 09*
*JACK F. APERCIA, Constable*
*Precinct #1 Hamp County*
*By _____ DEPUTY*

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

RECEIVED  JUL 21 2009
Litton Loan Servicing L
Legal Department

No. 09-2022

Chandra Joseph-Lacet , Plaintiff(s)

v.

Countrywide Homeloans, Litton Loan Servicing of Bank of America , Defendant(s)

## SUMMONS

To the above-named Defendant: Litton Loan Servicing

You are hereby summoned and required to serve upon Jovan J. Lacet of the Law Offices of Jovan J. Lacet plaintiff's attorney, whose address is 30 Cedar Street, Mattapan, MA 02126 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the _1st_ day of _July_ , in the year of our Lord two thousand _nine_ .

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT —(2) MOTOR VEHICLE TORT —(3) CONTRACT — (4) EQUITABLE RELIEF —(5) OTHER

FORM CIV.P. 1 3rd Rev. 10M - 10/08

LITTON LOAN LEGAL DEPT Fax:713-966-8830     Jul 22 2009 08:28am  P002

**County of Suffolk**
**The Superior Court**

CIVIL DOCKET # **SUCV2009-02022-B**
**Courtroom CtRm 306, 3 Pemberton Square, Boston**

RE:   **Lacet v Countrywide Home Loans et al**
TO:

Jovan J Lacet, Esquire
76 Blue Hills Pkwy
Milton, MA 02186

## SCHEDULING ORDER FOR  F  TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue **03/05/2011**.

| STAGES OF LITIGATION | DEADLINES | | |
|---|---|---|---|
| | SERVED BY | FILED BY | HEARD BY |
| Service of process made and return filed with the Court | 08/12/2009 | 08/12/2009 | |
| Response to the complaint filed (also see MRCP 12) | | 09/11/2009 | |
| All motions under MRCP 12, 19, and 20 | 09/11/2009 | 10/11/2009 | 11/10/2009 |
| All motions under MRCP 15 | 09/11/2009 | 10/11/2009 | 11/10/2009 |
| All discovery requests and depositions served and non-expert depositions completed | 03/10/2010 | | |
| All motions under MRCP 56 | 04/09/2010 | 05/09/2010 | |
| Final pre-trial conference held and/or firm trial date set | | | 09/06/2010 |
| Case shall be resolved and judgment shall issue by **03/05/2011** | | | **03/05/2011** |

The final pre-trial deadline is **not the scheduled date of the conference.**
**You will be notified of that date at a later time.**
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

Dated: 05/21/2009

Michael Joseph Donovan
Clerk of the Court

Telephone: 617-788-8141

LITTON LOAN LEGAL DEPT Fax:713-966-8830          Jul 22 2009 08:28am P003

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY: SUFFOLK | DOCKET 09-2022-B |
|---|---|---|

| TYPE PLAINTIFF(S) NAME | Chandra Joseph-Lacet | TYPE DEFENDANT(S) NAME | Countrywide Home Loans, Litton Loan Servicing & Bank of America |
|---|---|---|---|

Type Plaintiff's Attorney name, Address, City/State/Zip Phone Number and BBO#

Type Defendant's Attorney Name, Address, City/State/Zip Phone Number

Jovan J. Lacet, Esq. BBo#635964
Law Offices of Jovan J. Lacet
30 Cedar Street
Mattapan, MA 02126   617-698-9960

**RECEIVED**
MAY 14 2009
SUPERIOR COURT · CIVIL
MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

| CODE NO. | TYPE OF ACTION (specify)    TRACK | IS THIS A JURY CASE? |
|---|---|---|
| A99: | Breach of Contract MGL c 93A claim       F | [✓] Yes   [ ] No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

## TORT CLAIMS
(Attach additional sheets as necessary)

A.   Documented medical expenses to date:
   1.   Total hospital expenses                                          $_____
   2.   Total doctor expenses                                           $_____
   3.   Total chiropractic expenses                                     $_____
   4.   Total physical therapy expenses                                 $_____
   5.   Total other expenses (describe)                                 $_____
                                                           Subtotal   $_____
B.   Documented lost wages and compensation to date                    $_____
C.   Documented property damages to date                               $_____
D.   Reasonably anticipated future medical expenses                    $_____
E.   Reasonably anticipated lost wages and compensation to date        $_____
F.   Other documented items of damages (describe)
                                                                        $_____
G.   Brief description of plaintiff's injury, including nature and extent of injury (describe)

                                                           Total $_____

## CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s): Defendant violated Massachusetts and Federal Predatory lending laws by contracting with and providing Plaintiff two mortgage loans for two separate properties with high interest rates and other fraudulent and bad faith factors. Defendant violated Plaintiff 93A contract   TOTAL   Three Million Dollars $3,000,000.00

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   Date: 5/14/2009

A.O.S.C. 3-2007

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                    SUPERIOR COURT
                                               CIVIL ACTION NO.:
                                               09-2022 — 13

CHANDRA JOSEPH-LACET                      )
            Plaintiff                     )
                                          )
vs.                                       )
                                          )
COUNTRYWIDE HOME LOANS,                   )
LITTON LOAN SERVICING, &                  )
BANK OF AMERICA                           )
            Defendants                    )
                                          )

RECEIVED
MAY 14 2009
SUPERIOR COURT · CIVIL
MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE

### COUNSEL'S NOTICE OF REPRESENTATION AND APPEARANCE

Please note Jovan J. Lacet, Esquire from the below address as attorney of record for plaintiff,
Chandra Joseph-Lacet.

Respectfully submitted,

Jovan J. Lacet, BBO #: 635964
Law Offices of Jovan J. Lacet
30 Cedar Street
Mattapan, MA 02126
(617) 698-9900 Telephone
(617) 698-9901 Facsimile

May 14, 2009

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION NO.:

CHANDRA JOSEPH-LACET )
    Plaintiff )
     )
     )
vs. )
     )
COUNTRYWIDE HOME LOANS, )
LITTON LOAN SERVICING, & )
BANK OF AMERICA )
    Defendants )
     )

09-2022 — B

**COMPLAINT**

RECEIVED

MAY 14 2009

SUPERIOR COURT - CIVIL
MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE

**PARTIES**

1. The plaintiff, Chandra Joseph-Lacet, is an individual residing at 30 Cedar Street, Mattapan district of Boston, Suffolk County, Massachusetts 02126.

2. The defendant, Countrywide Home Loans, conducts mortgage loan business in the Commonwealth of Massachusetts. Defendant has a usual place of business at 6400 Legacy Drive, PTX-320, Plano, TX 75024.

3. The defendant, Litton Loan Servicing, conducts mortgage loan business in the Commonwealth of Massachusetts. Defendant has a usual place of business at 4828 Loop Central Drive, Houston, TX 77081.

4. The defendant, Bank of America, conducts mortgage loan business in the Commonwealth of Massachusetts. Defendant has a usual place of business at 100 Federal Street, Boston, MA 02110.

**COUNT I**
**Breach of Contract**

5. On or about June 2003, plaintiff contacted defendant/Countrywide Home Loans for a mortgage loan to purchase a home at 76 Blue Hills Parkway, Milton, MA 02186.

6. Defendant/Countrywide Home Loans persuaded plaintiff to refinance her then current mortgage on her 30 Cedar Street, Mattapan, MA home on or about June or July 2003 for $267,400.00.

LITTON LOAN LEGAL DEPT Fax:713-966-8830          Jul 22 2009 08:29am P009/026

7. Defendant/Countrywide Home Loans provided plaintiff a mortgage on the 76 Blue Hills Parkway, Milton, MA home on or about August 2003 for 360,000.00.

8. Plaintiff attempted to obtain a traditional mortgage loan at the better interest rate of or about four percent interest rate for both mortgage loans obtained by defendant/Countrywide Home Loans.

9. Defendant/Countrywide Home Loans deceived plaintiff and informed plaintiff that plaintiff did not qualify for a traditional loan with Countrywide Home Loans regular mortgage department due to plaintiff's credit scores and instead plaintiff would have to obtain the mortgage loan through Countywide Spectrum at a higher interest rate, point cost and closing cost.

10. Defendant/Countrywide Home Loans deceived plaintiff and provided plaintiff two predatory mortgage loans with higher interest rates and other payments.

11. After plaintiff obtained the two mortgage loans from defendant/Countrywide Home Loans, defendant/Countrywide Home Loans managed plaintiff's mortgage loans under bad faith, unfair, deceptive and predatory practices. Among other things, defendant/Countrywide Home Loans charged and collected extra escrow funds from plaintiff without plaintiff's permission. Defendant/Countrywide Home Loans continued to pay for plaintiff's home insurance policies after plaintiff informed defendant/Countrywide Home Loans that plaintiff would herself maintain and pay the home insurance policies.

12. On or about August 1, 2008, defendant/Countrywide Home Loans assigned the 76 Blue Hills Parkway, Milton, MA 02186 mortgage loan to defendant/Litton Loan Servicing.

13. Defendant/Litton Loan Servicing accepted the assignment of the 76 Blue Hills Parkway mortgage loan from defendant/Countrywide Home Loans although defendant/Litton Loan Servicing knew or should have known that said mortgage loan was a predatory mortgage loan that violated plaintiff's consumer rights and Massachusetts and federal laws.

14. Defendant/Litton Loan Servicing accepted the assignment of said mortgage loan because defendant/Litton Loan Servicing knew or should have known that the mortgage loan was a distressed mortgage loan and defendant/Litton Loan Servicing was only concerned about making money as a result of the distressed mortgage loan.

15. Defendant/Litton Loan Servicing was not concerned about any monetary losses or other damages that plaintiff had or would suffer due to the distressed and predatory conditions of the mortgage loan.

16.  Within the past twenty-four months to date, defendants constantly called plaintiff in an attempt to collect monthly payments toward the predatory mortgage loans although plaintiff, by her attorney, informed defendants by phone and in writing not to call plaintiff regarding the collection of payments toward either mortgage loans.

17.  Defendant/Bank of America purchased defendant/Countrywide Home Loans and therefore was assigned and/or became the owners of defendant/Countrywide Home Loans mortgages for at least one year to two years during defendant/Countrywide Home Loans' above actions against plaintiff.

18.  Defendant/Bank of America purchased defendant/Countrywide Home Loans although it knew or should have known that defendant/Countrywide Home Loans was in the business of conducting predatory lending.

19.  Defendant/Bank of America has not stopped defendant/Countrywide Home Loans' predatory lending practices. If anything, defendant/Bank of America, who now manages many, if not all, of defendant/Countrywide Home Loans' mortgages, continues to conduct many of defendant/Countrywide Home Loans' predatory lending practices against plaintiff.

20.  Plaintiff has suffered severe financial losses as a result of defendants' above actions.

WHEREFORE, the plaintiff demands judgment against the defendants on Count I, plus interest and costs of this action.

## COUNT II
## BAD FAITH, UNFAIR AND DECEPTIVE ACTS IN VIOLATION OF
## M.G.L. c. 93A

21.  Plaintiff repeats, realleges, and incorporates by reference as set forth hereto in their entirety Paragraphs 1 through 20 of this Complaint.

22.  As a result of the facts stated in the aforementioned paragraphs, plaintiff, by her attorney, contacted defendant/Countrywide Home Loans on numerous occasions between August 20, 2006 and August 2008 in an attempt to rectify certain aspects of the predatory mortgage loans. Defendant/Countrywide Home Loans, by its agents, refused to acknowledge and rectify its predatory practices.

23.  As a result of the facts stated in the aforementioned paragraphs, on or about August 18, 2008, by certified mail return receipt, plaintiff's attorney, Jovan J. Lacet, sent to defendant/Countrywide Home Loans a written demand for relief pursuant to Massachusetts General Laws Chapters 93A, identifying the claimant/plaintiff and reasonably describing the bad faith, unfair, deceptive and predatory acts and practices of defendant/Countrywide Home Loans and the damages suffered by plaintiff as a result. *See Exhibit A, Attorney Lacet's*

*August 18, 2008 letter of representation to defendant/Countrywide Home Loans.*

24.     On or about September 2, 2008, defendant/Countrywide Home Loans replied to plaintiff's attorney's August 18, 2008 letter and reaffirmed defendant's decision that defendant/Countrywide Home Loans did not participate in any predatory acts and practices. *See Exhibit B, Defendant/Countrywide Home Loans' September 2, 2008 letter to plaintiff's attorney, Jovan J. Lacet.*

25.     Defendants, to date, have not stopped defendants' bad faith, unfair, deceptive and predatory practices in the handling of plaintiff's mortgage loans.

26.     The acts and practices of defendants, by their agents, described in the above paragraphs, constitute bad faith, unfair and deceptive acts and practices pursuant to Massachusetts General Laws Chapter 93A.

27.     The actions of defendants, by their agents, described in the above paragraphs were performed willfully and knowingly.

28.     As a direct and proximate result of the bad faith, unfair, deceptive and predatory acts and practices of the defendants, plaintiff incurred monetary damages and suffered emotional injuries.

WHEREFORE, the plaintiff demands judgment against defendants on Count II, plus interest and costs of this action. In addition, plaintiff respectfully requests that this Honorable Court imposes triple damages against defendants.

## COUNT III
## VIOLATION OF M.G.L. c. 271, sec. 49 AND OTHER MASSACHUSETTS AND FEDERAL PREDATORY LENDING LAWS

29.     Plaintiff repeats, realleges, and incorporates by reference as set forth hereto in their entirety Paragraphs 1 through 28 of this Complaint.

30.     Defendants knowingly and fraudulently violated Massachusetts and federal predatory laws that clearly prohibit the mortgage loans conditions that defendants imposed upon plaintiff.

WHEREFORE, the plaintiff demands judgment against defendants on Count III, plus interest and costs of this action. In addition, to promote justice and equity, the plaintiff demands judgment in the amount of Three Million Dollars ($3,000,000.00) against the defendants on Count III, plus interest and costs of this action. In addition, plaintiff respectfully requests that this Honorable Court imposes triple damages against defendants.

**COUNT IV**
**INFLICTION OF EMOTIONAL AND MENTAL DISTRESS**

31.   Plaintiff repeats, realleges, and incorporates by reference as set forth hereto in their entirety Paragraphs 1 through 30 of this Complaint.

32.   As a result of the bad faith, unfair, deceptive and predatory acts and practices of defendants, plaintiff suffered and continues to suffer from emotional and mental distress.

WHEREFORE, the plaintiff demands judgment against the defendants on Count IV, plus interest and costs of this action.


**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS AND ISSUES OF THIS COMPLAINT.**

Chandra Joseph-Lacet,
By her Attorney,


Jovan J. Lacet, Esquire
Law Offices of Jovan J. Lacet
30 Cedar Street
Mattapan, MA 02126
(617) 698-9900 Telephone
(617) 698-9901 Facsimile
BBO #: 635964

Dated: May 14, 2009

LITTON LOAN LEGAL DEPT Fax:713-966-8830          Jul 22 2009 08:29am P013/026

# EXHIBIT A

# Law Offices of Jovan J. Lacet

**JOVAN J. LACET**
*Attorney at Law*

76 Blue Hills Parkway
Milton, MA 02186

Tel. (617) 698-9900
Fax. (617) 698-9901

August 18, 2008

*Two (2)Pages By Facsimiles 805-520-5019, 800-658-0395, 972-608-6460,* **First Class Mail &**
**Certified Mail Return Receipt, 70062760000457533542**

Countrywide Home Loans, Inc.
SV-314B
P.O. Box 5170
Simi Valley, CA 93062-5170

Re: Loans No.: 30784188 – 30 Cedar Street, Boston, MA 02126
        33977226  – 76 Blue Hills Parkway, Milton, MA 02186

Dear Sir/Madame:

Please be advised I represent the legal interest of Chandra Joseph-Lacet, my wife, and myself relative to the above captioned matter. Please consider this letter a written demand for relief pursuant to Massachusetts General Law, chapter 93A and other applicable Massachusetts and federal laws.

On or about July 2003, Ms. Chandra Joseph-Lacet and I contacted Countrywide Home Loans, Inc. for a mortgage loan to purchase the 76 Blue Hills Parkway, Milton, MA property. Based on our discussions with the Countrywide agents, on July 12, 2003, we refinanced the $242,000.00 mortgage on our 30 Cedar Street, Boston, MA home with Countrywide and borrowed approximately an extra $27,000.00 from the equity of the 30 Cedar Street, Boston home to use as down payment for the purchase of the 76 Blue Hills Parkway, Milton, MA home. On or about August 19, 2003, we conducted a purchase closing of the 76 Blue Hills Parkway, Milton home with a ninety percent finance mortgage of approximately $360,000.00 from Countrywide.

During the refinancing of the 30 Cedar Street mortgage and purchasing of the 76 Blue Hills Parkway, Countrywide Home Loans informed Chandra and I that due to Chandra's credit score we would have to obtain the refinance and purchasing mortgages from their affiliated company, Countrywide Spectrum, at a higher interest rate and closing cost. As novice homeowners, we fell victim to Countrywide Home Loans' practices and agreed to the conditions that we now learn are predatory lending practices. Interest rates were as low as four percent at the time of our obtaining the Countrywide refinance and purchase mortgages. However, Countrywide informed us that the best interest rate we could obtain was 5.5 for the refinance mortgage and 6.0 for the purchasing mortgage and we had to obtain fifteen year mortgages for each mortgage in order to obtain said rates.

During the past five years, we have depleted all our lives savings, which also entails our 401k and retirement funds, in our attempt to pay the high monthly mortgages every month. We have incurred and paid thousands of dollars in late payment penalties and other related penalties since it has been very difficult to pay the then approximately $2,500.00 and $3,500.00 mortgages. The monthly mortgage payments are now approximately $2,700.00 and $3,700.00.

LITTON LOAN LEGAL DEPT Fax:713-966-8830          Jul 22 2009 08:30am P015/026

To minimize some of the financial burdens that Countrywide Home Loans have imposed on Chandra and I, we attempted to refinance the mortgages with Countrywide Home Loans and other finance companies. However, since Chandra's credit is damaged due to the number of late payments that were and are made on the mortgages in question, we were unable to refinance the mortgages. Chandra and I specifically and repeatedly explained our financial hardship situation to Countrywide. However, the conditions and solutions that Countrywide Home Loans presented are not realistic conditions and/or solutions that can be achieved by Chandra and I due to our financial hardship. Countrywide Home Loans has refused to refinance our mortgages. However, Countrywide is willing to take the balance of our mortgages payments in arrears and add the total to the principal balances and create higher monthly payments for the duration of the mortgages.

Please note that Countrywide Home Loans' actions in the above mortgages thus far have been conducted in bad faith and constitute predatory lending practices. In addition, it was a deceptive act of Countrywide Home Loans, by its agents, to deceive Chandra and I from as much money as possible in the shortest time as possible. Countrywide Home Loans did not have any interest and does not have any interest in correcting the financial predicaments that Chandra and I are now facing with the possible foreclosures of our properties. Please note that Countrywide Home Loans actions in the above captioned mortgages are clear violations of Massachusetts consumer protection laws and Massachusetts and Federal predatory lending laws.

I hereby demand that Countrywide Home Loans, Inc. immediately rectify their above predatory lending actions and refinance both the 30 Cedar Street, Boston, MA and 76 Blue Hills Parkway, Milton, MA mortgages at a very low interest rate for lower principle amounts than what is presently owed.

Under G.L. c. 93A, Countrywide Home Loans, Inc. has thirty (30) days from the date of delivery or mailing of this written demand for relief to make a written tender of a fair and equitable settlement offer. If such an offer is not made, Countrywide Home Loans may be held liable in court for up to three times the actual damages plus attorney's fees and costs.

If this case is not completely resolved within sixty days (60) days of August 18, 2008, my office will file suit against Countrywide Home Loans, Inc. on behalf of Chandra Joseph-Lacet and myself for damages exceeding two million dollars at Suffolk Superior Court, Boston, MA.

Thank you for your immediate attention to the above matter. I await your written response.

Sincerely,

Jovan J. Lacet

cc: Chandra Joseph-Lacet, File

# EXHIBIT B

Prepared by: C. MALONEY

# UNIFORM RESIDENTIAL LOAN APPLICATION

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable.
Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A.  ☒ Conventional  ☐ Other: | Agency Case Number | Lender Case Number |
|---|---|---|---|
| | ☐ FHA  ☐ FmHA | | 30784188 |

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $267,400.00 | 5.500 % | 180 | ☒ Fixed Rate  ☐ Other (explain): | |
| | | | ☐ GPM  ☐ ARM (type): | NonConf Fixed 15 Expanded Crit |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 30 CEDAR ST, MATTAPAN, MA 02126 | 2 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| SEE LEGAL DESCRIPTION | 1974 |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain): | Property will be: |
|---|---|---|
| | ☒ Refinance  ☐ Construction-Permanent | ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 2002 | $ 241949.00 | $ 223855.00 | EQUITY LOAN | Cost $ 0.00 |

| Title will be held in what Name(s) CHANDRA   JOSEPH-LACET | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| | | ☒ Fee Simple |
| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) | | ☐ Leasehold (show expiration date) |
| SAVINGS/CHECKING | | |

## III. BORROWER INFORMATION

| Borrower's Name (include Jr. or Sr. if applicable) | | Co-Borrower's Name (include Jr. or Sr. if applicable) | |
|---|---|---|---|
| CHANDRA   JOSEPH-LACET | | | |

| Social Security Number | Home Phone (incl. area code) | Age | Yrs. Sch. | Social Security Number | Home Phone (incl. area code) | Age | Yrs. Sch. |
|---|---|---|---|---|---|---|---|
| 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 | (617) 696-3330 | 33 | 16 | | | | |

| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married  ☐ Unmarried (include single, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent  3 . 1 No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|
| 30 CEDAR ST | |
| MATTAPAN, MA 02126 | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Name & Address of Employer  ☐ Self Employed | Yrs. on this job | Name & Address of Employer  ☐ Self Employed | Yrs. on this job |
|---|---|---|---|
| BOSTON PUBLIC SHCOOL | 4YRS   1MO | | |
| | Yrs. employed in this line of work/profession  10 | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|
| TEACHER/SCHOOL | (319) 256-0556 | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer  ☐ Self Employed | Dates (from - to) | Name & Address of Employer  ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer  ☐ Self Employed | Dates (from - to) | Name & Address of Employer  ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Borrower's Signature  X | Date | Co-Borrower's Signature  X | Date |
|---|---|---|---|

Freddie Mac Form 65 10/92
Fannie Mae Form 1003 10/92

1003 -21 (0201).05 / CHL (05/03)          VMP MORTGAGE FORMS - (800)521-7291          Page 1 of 4

Application 1 OF 1

- LOAN #: 36784189

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 0.00 | $ 0.00 | $ 0.00 | Rent | $ 0.00 | |
| Overtime | 0.00 | 0.00 | 0.00 | First Mortgage (P&I) | 1,698.45 | 2184.88 |
| Bonuses | 0.00 | 0.00 | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | 0.00 | 0.00 | Hazard Insurance | 82.17 | 82.17 |
| Dividends/Interest | 0.00 | 0.00 | 0.00 | Real Estate Taxes | 142.98 | 142.98 |
| Net Rental Income | | | | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 0.00 | $ 0.00 | $ 0.00 | Total | $ 1923.60 | $ 2410.03 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.
Describe Other Income Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower
(B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | $ |

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed [ ] Jointly [X] Not Jointly

| ASSETS | CASH OR MARKET VALUE | LIABILITIES and PLEDGED ASSETS. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | MTHLY. PMT. & MOS. LEFT TO PAY | UNPAID BALANCE |
|---|---|---|---|---|
| Description Cash deposit toward purchase held by: | | LIABILITIES | | |
| | | Name and address of Company | $ Pmt./Mos. | $ |
| LIST CHECKING AND SAVINGS ACCOUNTS BELOW | | TOTAL MORTGAGE OBLIGATIONS FROM THE SCHEDULE OF REAL ESTATE OWNED | 1698.45 PER MONTH | 229402.17 |
| Name and address of Bank, S&L, or Credit Union CITIZENS | | | | |
| | | Acct. no. TAXES/INS/MAINT/ETC. | 225.15 | |
| CHECKING | | Name and address of Company | $ Pmt./Mos. | |
| Acct. no. | $ 100.00 | SALLIE MAE | 131 PMTS. @ 417.00 PER MONTH | 54702.00 |
| Name and address of Bank, S&L, or Credit Union CITIZENS | | | | |
| | | Acct. no. 51660316101F | | |
| CHECKING | | Name and address of Company | $ Pmt./Mos. | |
| Acct. no. | $ 4100.00 | CITI | 48 PMTS. @ 134.00 PER MONTH | 6458.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 542418037078 | | |
| 401K | | Name and address of Company | $ Pmt./Mos. | |
| Acct. no. | $ 67000.00 | MBNA AMERICA BANK NA | 60 PMTS. @ 163.00 PER MONTH | 6280.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 549099 | | |
| | | Name and address of Company | $ Pmt./Mos. | |
| Acct. no. | $ | SALLIE MAE | 87 PMTS. @ 62.00 PER MONTH | 5455.00 |
| Stocks & Bonds (Company name/number & description) | $ | | | |
| | | Acct. no. 51660316103F | | |
| | | Name and address of Company | $ Pmt./Mos. | |
| Life Insurance net cash value | $ | CAPITAL ONE BANK | 33 PMTS. @ 146.00 PER MONTH | 4818.00 |
| Face amount: $ | | | | |
| SUBTOTAL LIQUID ASSETS | $ 71200.00 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 382000.00 | Acct. no. 529149223893 | | |
| Vested interest in retirement fund | $ | Name and address of Company | $ Pmt./Mos. | $ |
| Net worth of business(es) owned (attach financial statement) | $ | SEE ATTACHED | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | | |
| | | TOTAL MONTHLY PAYMENTS | | 3043.60 |
| TOTAL ASSETS A. | $ 453200.00 | Net Worth (a minus b) = $ 131119.8 | Total Liabilities b. | $ 322080.17 |

X _[signature]_ Hardi Joseph Laet
Borrower's Signature/Date

X _____
Co-Borrower's Signature/Date

Freddie Mac Form 65 10/92
Fannie Mae Form 1003 10/92

1003 -21 (0301).03    CHL (03/98)

Application 1 OF 1
Page 2 of 4

LITTON LOAN LEGAL DEPT Fax:713-966-8830        Jul 22 2009 08:30am  P019/026

LOAN #: 56784188

## SCHEDULE OF REAL ESTATE OWNED (If additional properties are owned, use continuation sheet.)

| Property Address | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 30 CEDAR ST MATTAPAN, MA 02126 | CNV | $ 382000 | $ 229402 | $ 0 | $ 1698 | $ 225 | $ 0 |
| Totals | | $ 382000 | $ 229402 | $ 0 | $ 1698 | $ 225 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

| | | |
|---|---|---|
| a. Purchase price | $ 0.00 |
| b. Alterations, improvements, repairs | 0.00 |
| c. Land (if acquired separately) | 0.00 |
| d. Refinance (incl. debts to be paid off) | 229855.00 |
| e. Estimated prepaid items | 2601.40 |
| f. Estimated closing costs | 3161.00 |
| g. PMI, MIP, Funding Fee | 0.00 |
| h. Discount (if Borrower will pay) | 0.00 |
| i. Total costs (add items a through h) | 235617.40 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | 0.00 |
| l. Other Credits (explain) OTHER EQUITY | 0.00 / 0.00 |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 267400.00 |
| n. PMI, MIP, Funding Fee financed | 0.00 |
| o. Loan amount (add m & n) | 267400.00 |
| p. Cash from/to Borrower | -31782.60 |

Application 1 OF 1

SPENCER ADRIENNE

COUNTRYWIDE HOME LOANS, INC.
670 DEPOT STREET
NORTH EASTON, MA 02356-

(508)230-5620

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: | | Agency Case Number: |
|---|---|---|---|
| | Co-Borrower: CHANDRA JOSEPH-LACET | | Lender Case Number: 30704188 |

### ——————Liabilities——————

| Institution | Account # | Payment | Balance |
|---|---|---|---|
| SALLIE MAE, , , , | 516603181025F | 47 | 3735 |
| SALLIE MAE, , , , | 516603181042F | 37 | 3400 |
| MBNA AMERICA BANK NA, , , , | 332900 | 53 | 2632 |
| SEARS, , , , | 512107181615 | 10 | 1846 |
| SALLIE MAE, , , , | 516603181025F | 4 | 456 |
| FIRST USA BANK N A, , , , | 546667302652 | 10 | 246 |
| AMEX, , , , | -045667303017306 | 10 | 17 |
| TNANK/CIRCUIT CITY, , , , | 13000765467z | 99 | 2252 |

* = Excluded From Ratios

Under Massachusetts statute Mass GEN L ch 184, Section 17B, you, the Borrower are entitled to know the following:

1. The responsibility of the attorney for the Lender is to protect the interest of the Lender.
2. You, the Borrower, may at your own expense, engage an attorney of your own selection to represent your interest in this transaction.

The approximate expiration date of the Note is 09/01/2016. The interest rate is 5.500%

Please be aware that as of the expiration date of the Note, we the Lender may demand payment of said Note, may rewrite the Note by agreement at greater or lesser rate of interest, or may, by agreement, allow payments to be made on said note at the same, or a lesser or a greater rate of interest.

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
|---|---|---|---|
| X Chandra Joseph-Lacet | 7/12/03 | X | |

2440 -21 (0201).03   CHL (03/03)          Application 1 OF 1          Freddie Mac Form 65 10/92
Page 4 of 4                                Fannie Mae Form 1008 10/92

LITTON LOAN LEGAL DEPT Fax:713-966-8830          Jul 22 2009 08:31am P021/026



**Countrywide**
HOME LOANS

## LOAN APPLICATION DISCLOSURE ACKNOWLEDGEMENTS

Loan No.: 3078 4188                    Branch Address:

Borrower: Chandra Joseph-Laret

Property: 50 Cedare st Mattapan, MA 02126

**Application Disclosure Handbook**
I/We acknowledge receipt of the Application Disclosure Handbook and further acknowledge the following:

**Affiliated Business Arrangement Disclosure Statement**
I/We have read the Affiliated Business Arrangement Disclosure Statement. I/We understand that the Lender is referring me/us to purchase settlement services from providers with which it is affiliated and may receive a financial or other benefit as a result of this referral.

**Servicing Transfer Disclosure**
I/We acknowledge receipt of the Servicing Transfer Disclosure and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgement is a required part of the mortgage loan application.

**Hazard Insurance Requirements**
I/We acknowledge receipt of the Hazard Insurance Requirements and understand that I/we may obtain property insurance from any insurance company that meets the Lender's requirements.

**Mortgage Insurance Requirements**
If I applied for a loan that requires mortgage insurance, I/we acknowledge receipt of the Mortgage Insurance Requirements and understand that I/we have options on the type of mortgage insurance (MI) available to me/us if the loan for which I/we apply requires it. I/We understand that MI is not available for all types of loans. I/We select the following MI option (please check one):
☐ Monthly Tax Advantage Mortgage Insurance ("TAMI")
☐ One-Time Tax Advantage Mortgage Insurance
☐ Traditional Borrower-Paid Mortgage Insurance ("BPMI")

**Notice to Applicant Regarding Title Company and Closing Agent**
I/We acknowledge receipt of the Title Company and Closing Agent Notice and select the following option (please check one):
☒ Agree to allow Countrywide to order title.
☐ Choose to select the following closing agent:

Name _____

Address _____ City _____ State _____ Zip _____

Title Company _____

**Notice to IRS Disclosure**
I/We acknowledge receipt of the Notice IRS Disclosure and understand the information explained in the piece. I/We certify that the tax returns submitted to Countrywide are exact duplicates of those submitted to the IRS. I/We give my/our express consent to Countrywide to communicate with the IRS concerning any discrepancies and to give the IRS copies of the tax returns which I/we submitted to Countrywide.

**Consumer Handbook on Adjustable Rate Mortgages**
If I applied for an Adjustable Rate Mortgage, I/we acknowledge receipt of a copy of the booklet titled "Consumer Handbook on Adjustable Rate Mortgages" in my application package.

**HUD Booklet**
☐ If checked, I/we have received a copy of the booklet titled "Buying Your Home: Settlement Costs and Helpful Information" in my application package.

**Home Equity Loans**
If I applied for a Home Equity Line of Credit, I/we have received a copy of the brochure titled, "When Your Home is on the Line: What You Should Know About Home Equity Lines of Credit" in my application package.

Please Note: All Applicants who are included on the Home Loan application are required to sign below.

Chandra Joseph Laret          7/12/03

_____    _____
Applicant Signature             Date

_____    _____
Applicant Signature             Date

_____    _____
Applicant Signature             Date

_____    _____
Applicant Signature             Date

For branch use only

Prepared by: T. ZEMESTIS

# UNIFORM RESIDENTIAL LOAN APPLICATION

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ V.A.  ☒ Conventional  ☐ Other: | | Agency Case Number | Lender Case Number |
|---|---|---|---|---|
| | ☐ FHA  ☐ FmHA | | | 33977226 |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☒ Fixed Rate  ☐ Other (explain): |
|---|---|---|---|---|
| $360,000.00 | 6.000 % | 180 | | ☐ GPM  ☐ ARM (type): NonConf Fixed 15 |

Expanded Crit

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 76 BLUE HILLS PKWY, MILTON, MA 02186 | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| SEE LEGAL DESCRIPTION | 1974 |

| Purpose of Loan | ☒ Purchase  ☐ Construction  ☐ Other (explain): | Property will be: |
|---|---|---|
| | ☐ Refinance  ☐ Construction-Permanent | ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| | $ | $ | | Cost: $ |

| Title will be held in what Name(s) CHANDRA   JOSEPH LACET | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| | | ☒ Fee Simple  ☐ Leasehold (show expiration date) |

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |
|---|
| SAVINGS/CHECKING |

## III. BORROWER INFORMATION / IV. Co-Borrower

| Borrower's Name (include Jr. or Sr. if applicable) | Co-Borrower's Name (include Jr. or Sr. if applicable) |
|---|---|
| CHANDRA   JOSEPH-LACET | |

| Social Security Number | Home Phone (incl. area code) | Age | Yrs. School | Social Security Number | Home Phone (incl. area code) | Age | Yrs. Sch. |
|---|---|---|---|---|---|---|---|
| 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 | (617)698-3338 | 33 | 116 | | | | |

| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent  2.0 No. Yrs. | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|
| 30 CEDAR ST | |
| MATTAPAN, MA 02126 | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Name & Address of Employer  ☐ Self Employed | Yrs. on this job | Name & Address of Employer  ☐ Self Employed | Yrs. on this job |
|---|---|---|---|
| BOSTON PUBLIC SCHOOLS | 4YRS   1MO | | |
| | Yrs. employed in this line of work/profession  7 | | Yrs. employed in this line of work/profession |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|
| TEACHER/SCHOOL | ( )- | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X  | | X | |

CHL (03/03)          VMP MORTGAGE FORMS - (800)521-7291

Freddie Mac Form 65 10/92
Fannie Mae Form 1003 10/92

Page 1 of 4

Application 1 OF 1



*23961*                    *033977226*A*J1A00*

LOAN #: 33977226

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 0.00 | $ 0.00 | $ 0.00 | Rent | $ 0.00 | |
| Overtime | 0.00 | 0.00 | 0.00 | First Mortgage (P&I) | 0.00 | 3037.88 |
| Bonuses | 0.00 | 0.00 | 0.00 | Other Financing (P&I) | 0.00 | 0.00 |
| Commissions | 0.00 | 0.00 | 0.00 | Hazard Insurance | 0.00 | 41.67 |
| Dividends/Interest | 0.00 | 0.00 | 0.00 | Real Estate Taxes | 0.00 | 250.00 |
| Net Rental Income | 0.00 | 0.00 | 0.00 | Mortgage Insurance | 0.00 | 129.00 |
| Other (before completing, see the notice in "describe other income" below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 0.00 | $ 0.00 | $ 0.00 | Total | $ 0.00 | 3458.55 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS Description | CASH OR MARKET VALUE | LIABILITIES | MTHLY. PMT. & MOS. LEFT TO PAY | UNPAID BALANCE |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
| [PROCEEDS FROM REFI] | $ [ 30500.00] | | | |
| LIST CHECKING AND SAVINGS ACCOUNTS BELOW | | TOTAL MORTGAGE OBLIGATIONS FROM THE SCHEDULE OF REAL ESTATE OWNED | $ Pmt./Mos. 2184.88 PER MONTH | $ 267400.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| CITIZENS BANK | | Acct. no. TAXES/INS/MAINT/ETC. | 225.15 | |
| SAVINGS | | Name and address of Company | $ Pmt./Mos. | $ |
| Acct. no. | $ 35000.00 | SIMA LSCF | 131 PMTS. @ 417.00 PER MONTH | 54861.00 |
| Name and address of Bank, S&L, or Credit Union | | | | |
| TREMONT CREDIT UNION | | Acct. no. 51660318101F | | |
| | | Name and address of Company | $ Pmt./Mos. | $ |
| SAVINGS | | SALLIE MAE | 131 PMTS. @ 417.00 PER MONTH | 54703.00 |
| Acct. no. 0000563241 | $ 225.63 | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| TREMONT CREDIT UNION | | Acct. no. 51660318101F | | |
| | | Name and address of Company | $ Pmt./Mos. | $ |
| CHECKING | | FIRST USA BANK N A | 50 PMTS. @ 319.00 PER MONTH | 15950.00 |
| Acct. no. 00000563240 | $ 16.07 | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| SEE ATTCHD. | | Acct. no. 546647202612 | | |
| | | Name and address of Company | $ Pmt./Mos. | $ |
| | | LSCNE/3RDPTY | 814 PMTS. @ 10.00 PER MONTH | 8141.00 |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number & description) | $ | Acct. no. 51660318103Z | | |
| | | Name and address of Company | $ Pmt./Mos. | $ |
| | | CITI | 48 PMTS. @ 132.00 PER MONTH | 6378.00 |
| Life insurance net cash value | $ | | | |
| Face amount: $ | | Acct. no. 542418037078 | | |
| SUBTOTAL LIQUID ASSETS | $ 44377.67 | Name and address of Company | $ Pmt./Mos. | $ |
| Real estate owned (enter market value from schedule of real estate owned) | 382000.00 | SEE ATTACHED | | |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | TOTAL MONTHLY PAYMENTS | $ 4351.03 | |
| TOTAL ASSETS a. | $ 426377.67 | NET WORTH (a minus b) $ -21470.3 | Total Liabilities b. | $ 447848.00 |

Borrower's Signature:
X _Chandler Joseph-Kaat_

Co-Borrower's Signature:
X

Date: 8/15/03

Application 1 OF 1
Page 2 of 4

Freddie Mac Form 65 10/92
Fannie Mae Form 1003 10/92

___ 21 (0201).05    CHL (08/03)

LITTON LOAN LEGAL DEPT Fax:713-966-8830          Jul 22 2009 08:31am   P024/026

LOAN #: 33977226

**SCHEDULE OF REAL ESTATE OWNED** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 30 CEDAR ST<br>MATTAPAN, MA 02126 | R 2 UTS | $ 382000 | CNV<br>$ 267400 | 2600 | $ 2185 | $ 225 | $ -460 |
| Totals | | $ 382000 | $ 267400 | 2600 | $ 2185 | $ 225 | $ -460 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

**DETAILS OF TRANSACTION**

| | | |
|---|---|---|
| a. | Purchase price | $ 400000.00 |
| b. | Alterations, improvements, repairs | 0.00 |
| c. | Land (if acquired separately) | 0.00 |
| d. | Refinance (incl. debts to be paid off) | 0.00 |
| e. | Estimated prepaid items | 4438.75 |
| f. | Estimated closing costs | 3121.00 |
| g. | PMI, MIP, Funding Fee | 0.00 |
| h. | Discount (if Borrower will pay) | 4500.00 |
| i. | Total costs (add items a through h) | 412059.75 |
| j. | Subordinate financing | 0.00 |
| k. | Borrower's closing costs paid by Seller | 0.00 |
| l. | Other Credits (explain) |  |
|  | OTHER EQUITY | 0.00 |
|  | EARNEST MONEY | 30500.00 |
| m. | Loan amount (exclude PMI, MIP, Funding Fee financed) | 360000.00 |
| n. | PMI, MIP, Funding Fee financed | 0.00 |
| o. | Loan amount (add m & n) | 360000.00 |
| p. | Cash from/to Borrower (subtract j, k, l & o from i) | 21559.75 |

**DECLARATIONS**

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. Are you a party to a lawsuit? | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. Is any part of the down payment borrowed? | | X | | |
| i. Are you a co-maker or endorser on a note? | | X | | |
| j. Are you a U.S. citizen? | X | | | |
| k. Are you a permanent resident alien? | | X | | |
| l. Do you intend to occupy the property as your primary residence? | X | | | |
| m. Have you had an ownership interest in a property in the last three years? | | X | PR | |

**ACKNOWLEDGEMENT AND AGREEMENT**

CERTIFICATION: I/We certify that the information provided in this application is true and correct...

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *[signature]* | 8/19/03 | X | |

**INFORMATION FOR GOVERNMENT MONITORING PURPOSES**

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| Race/National Origin | [X] I do not wish to furnish this information | Race/National Origin | [ ] I do not wish to furnish this information |
| | [ ] American Indian or Alaskan Native | | [ ] American Indian or Alaskan Native |
| | [ ] Asian or Pacific Islander | | [ ] Asian or Pacific Islander |
| | [ ] Black, not of Hispanic origin | | [ ] Black, not of Hispanic origin |
| | [ ] Hispanic | | [ ] Hispanic |
| | [ ] White, not of Hispanic origin | | [ ] White, not of Hispanic origin |
| | [ ] Other (specify) | | [ ] Other (specify) |
| Sex: | [X] Female   [ ] Male | Sex: | [ ] Female   [ ] Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | SPENCER ADRIENNE | COUNTRYWIDE HOME LOANS, INC. |
| [ ] face-to-face interview | Interviewer's Signature / Date | 670 DEPOT STREET |
| [X] by mail 07/18/2003 | | NORTH EASTON, MA 02356- |
| [ ] by telephone | Interviewer's Phone Number (incl. area code) | |
| | (508) 230-5420 | |

Freddie Mac Form 65 10/92
Fannie Mae Form 1003 10/92

-21 (0301).05   CHL (03/03)

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower: CHANDRA JOSEPH-LACET | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: 33977226 |

**━━━━━━━━━━━━━━━━━Liquid Assets - Financial Institutions━━━━━━━━━━━━━**

**Bank Accounts:**

| Institution Address | Type | Account # | Amount |
|---|---|---|---|
| PUTNAM, | 401K | E14-1-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~ | 9534.61 |
| CITY OF BOSTON CREDIT UNION, | SAVINGS | 66186600 | 601.36 |

**━━━━━━━━━━━━━━━━━━━━━Liabilities━━━━━━━━━━━━━━━━━━━**

| Institution | Account # | Payment | Balance |
|---|---|---|---|
| MBNA AMER, , , , | 549099 | 103 | 6260 |
| LSCP/3RDPRTY, , , , | 516603161063F | 73 | 5827 |
| SALLIE MAE, , , , | 516603161063F | 62 | 5455 |
| LSCP/3RDPRTY, , , , | 516603161061E | 10 | 4460 |
| LSCP/3RDPRTY, , , , | 516603161062F | 54 | 4225 |
| SALLIE MAE, , , , | 516603161062F | 47 | 3926 |
| LSCP/3RDPRTY, , , , | 516603161064F | 41 | 3644 |
| SALLIE MAE, , , , | 516603161064F | 27 | 3400 |
| SEARS, , , , | 5127.07161613 | 25 | 1911 |
| LSCP/3RDPRTY, , , , | 516603161057 | 5 | 497 |
| SALLIE MAE, , , , | 516603161057F | 4 | 456 |
| MBNA AMERICA BANK NA, , , , | 552900 | 15 | 146 |
| CAPITAL ONE BANK, , , , | 529149222293 | 146 | 104 |
| MBNA AMERICA BANK NA, , , , | 549099 | 15 | 41 |
| AMEX, , , , | -045667503017306 | 10 | 33 |

\* = Excluded From Ratios

Under Massachusetts statute Mass GEN L ch 184, Section 17B, you, the Borrower are entitled to know the following:

1. The responsibility of the attorney for the Lender is to protect the interest of the Lender.
2. You, the Borrower, may at your own expense, engage an attorney of your own selection to represent your interest in this transaction.

The approximate expiration date of the Note is 10/01/2018. The interest rate is 8.000%

Please be aware that as of the expiration date of the Note, we the Lender may demand payment of said Note, may rewrite the Note by agreement at greater or lesser rate of interest, or may, by agreement, allow payments to be made on said note at the same, or a lesser or a greater rate of interest.

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date: 8/19/05 | Co-Borrower's Signature: X | Date |
|---|---|---|---|
| X Chandra Joseph Lacet | | | |

1003 -21 (V201)/05   CHL (03/03)

Application 1 OF 1
Page 4 of 4

Freddie Mac Form 65 10/92
Fannie Mae Form 1003 10/92

Prepared by: T. ZEMEITUS

**COUNTRYWIDE HOME LOANS, INC.**

DATE: 08/15/2003
BORROWER: CHANDRA JOSEPH-LACET
CASE #:
LOAN #: 33977226
PROPERTY ADDRESS: 76 BLUE HILLS PKWY
MILTON, MA 02186

BRANCH #0000328
670 DRIFT STREET
NORTH EASTON, MA 02356-
(508)230-5420
Br Fax No.: (508)230-5431

## SCHEDULE OF REAL ESTATE OWNED
### Page ___1___ of ___1___

**PROPERTY**

| KEY MAPS | | | TYPE OF MORTGAGE | ACQUISITION DATE | ACQUISITION COST | % OF OWNERSHIP | MARKET VALUE | STATUS (O/R/S) | PROPERTY TYPE | PENDING SALES |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 CEDAR ST MATTAPAN, MA 02126 | | | CONV | 07/12/2003 | 267400 | 100 | 282005 | R | 2 UT | NO |

| | LENDER | | | ACQUISITION | LIEN | BALANCE | % OF LIABILITY | LIABILITY |
|---|---|---|---|---|---|---|---|---|
| 1st MORTGAGE | CHL .91101- | | | 30784169 | 2194.83 | 267400.00 | 100.00 | 287400.00 |
| 2ND LIEN | | | | | | | | |
| 3RD LIEN | | | | | | | | |

| RENTAL INCOME | VACANCY ALLOWANCE | TAXES | P&MI | HAZARD | DUES | UTILITIES | P&I | NET RENTAL | NET RENTAL INCOME |
|---|---|---|---|---|---|---|---|---|---|
| 2900.00 | 25% | 1930.00 | 142.86 | 0.00 | 82.17 | 0.00 | 0.00 | 2195 | 100.00 | -460 |

**PROPERTY**

| KEY MAPS | | | TYPE OF MORTGAGE | ACQUISITION DATE | ACQUISITION COST | % OF OWNERSHIP | MARKET VALUE | STATUS (O/R/S) | PROPERTY TYPE | PENDING SALES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| | LENDER | | | ACQUISITION | LIEN | BALANCE | % OF LIABILITY | LIABILITY |
|---|---|---|---|---|---|---|---|---|
| 1st MORTGAGE | | | | | | | | |
| 2ND LIEN | | | | | | | | |
| 3RD LIEN | | | | | | | | |

| RENTAL INCOME | VACANCY ALLOWANCE | TAXES | P&MI | HAZARD | DUES | UTILITIES | P&I | NET RENTAL INCOME |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | MARKET VALUE | BALANCE | GROSS RENTAL INCOME | P&I | TAX/INS/ MAINTENANCE & HOA | NET RENTAL INCOME |
|---|---|---|---|---|---|---|
| TOTALS | 282005 | 267480 | 2900 | 2195 | 225 | -455 |

Signature _Chandra Joseph-Lacet_   Date 8/17/03   Signature _____ Date _____

Signature _____   Date _____   Signature _____ Date _____

FHA MORTGAGORS ONLY: "I hereby certify, under penalty of U.S. Criminal Code, Section 1010, Title 18, U.S.C., that I have included in this schedule all the properties I own and/or have under contract, and that the above figures are true and correct and are submitted for the purpose of obtaining mortgage insurance under the National Housing Act."

NOTE: FHA mortgagors who are purchasing or refinancing a rental property and whose total ownership and contracts to purchase residential properties exceed six units, must submit a map showing the location of these properties it six or more are located in the same city/suburban area.

*   Vacancy allowance for FHA loans must be at least 5% of rent. Check with local HUD office. / Conv loans: 25%.

FHA/VA/CONV
Schedule of Real Estate Owned
2C0581US (09/01)





September 2, 2008



**HOME LOANS**

COUNTRYWIDE BANK, FSB
OFFICE OF THE PRESIDENT
6400 LEGACY DRIVE, PTX-320
PLANO, TX 75024

Mr. Jovan J. Lacet
Law Offices of Jovan J. Lacet
76 Blue Hills Parkway
Milton, MA 02186

RE: Countrywide Loan Number 030784188 and 033977226

Dear Mr. Lacet:

Your correspondence dated August 18, 2008, regarding the reference Countrywide loans was referred to me in the Office of the President for review and response. This office was established to address customer-sensitive issues and develop strategies to improve our process. As such, we thank you for bringing Mrs. Joseph-Lacet's concerns to our attention.

Our records indicate that Mrs. Joseph-Lacet applied for a cash out refinance transaction on June 30, 2003, for the property located at 30 Cedar Street, Mattapan, MA 02126, Countrywide loan number 030784188. Per the loan application, Mrs. Joseph-Lacet opted for a non conforming 15-year fixed rate loan in order to refinance her primary residence. The interest rate was disclosed as 5.50% with a loan amount of $267,400.00. Subsequently, the loan application disclosures were mailed and the loan closed and funded with Ms. Joseph-Lacet receiving approximately $30,772.14 of the proceeds at funding. Our record further reflect that on July 15, 2003, Mrs. Joseph-Lacet applied for another owner-occupied purchase loan, Countrywide loan number 033977226, for the property located at 76 Blue Hills Parkway, Milton, MA 02186. Once again, the loan application disclosures were mailed disclosing the terms and conditions with the loan closing and funding on August 19, 2003.

After thoroughly reviewing the loan files, we find no evidence to support any wrongdoing on Countrywide's part. Per our records, Mrs. Joseph-Lacet was provided with all the loan application disclosures in order to make an educated decision regarding her loan transactions. The interest rate was properly disclosed on both transactions and at no time was your client influenced to take a 15 year loan. In addition, both loan applications were originated and fulfilled through Countrywide and not Full Spectrum Lending as asserted in your correspondence. It is important to note that our review failed to provide any evidence supporting the alleged claims that Countrywide used predatory/deceptive lending practices in connections with the referenced loans. Please be advised that such practices are not tolerated at Countrywide and we have strict policies that prohibit them.

It is also important to note that your client's signatures on the enclosed Loan Application Disclosure Acknowledgements and Uniform Residential Loan Applications confirm that she received, read, understood and agreed to the terms and conditions contained within each document. Therefore, while we value your client's relationship with us, we must respectfully decline your request to refinance your client's existing mortgage loans on the terms and conditions you requested. However, if your client wishes to refinance her existing loans, she may contact our Refinance Department at (866) 439-7631 to see what options are available at this time.

Please be advised that failure to remit timely payments on the referenced loans may adversely affect your client's credit. However, if Mrs. Joseph-Lacet is experiencing difficulties with the monthly payments and needs assistance with the repayment of her Countrywide loans, she may contact our Home Retention Division at (800) 669-6650 for further assistance.

Mr. Jovan J. Lacet
September 2, 2008

Page Two

On behalf of Countrywide, please accept our sincere apologies for any frustration or
inconvenience your client may have sustained in connection with this matter. Please be assured
that it is never our intention to inconvenience our valued customer and we are truly sorry that we
are unable to comply with your client's request.

Sincerely,

Jartsinio Estrada
Office of the President

Enclosures

LITTON LOAN LEGAL DEPT Fax:713-966-8830          Jul 22 2009 08:29am P008/026

 

## Countrywide
### HOME LOANS

## LOAN APPLICATION DISCLOSURE ACKNOWLEDGEMENTS

Loan No.: *3397226*

Branch Address: *Quincy 326*

Borrower: *Chandra Jordan-Jacet*

*690 Dept St*

Property: *26 Blue Hills Pky, Milton, MA 02186*

*No. Easton, MA 02356*

**Application Disclosure Handbook**
I/We acknowledge receipt of the Application Disclosure Handbook and further acknowledge the following:

**Affiliated Business Arrangement Disclosure Statement**
I/We have read the Affiliated Business Arrangement Disclosure Statement. I/We understand that the Lender is referring me/us to purchase settlement services from providers with which it is affiliated and may receive a financial or other benefit as a result of this referral.

**Servicing Transfer Disclosure**
I/We acknowledge receipt of the Servicing Transfer Disclosure and understand its contents, as evidenced by my/our signature(s) below. I/We understand that this acknowledgement is a required part of the mortgage loan application.

**Hazard Insurance Requirements**
I/We acknowledge receipt of the Hazard Insurance Requirements and understand that I/we may obtain property insurance from any insurance company that meets the Lender's requirements.

**Mortgage Insurance Requirements**
If I applied for a loan that requires mortgage insurance, I/we acknowledge receipt of the Mortgage Insurance Requirements and understand that I/we have options on the type of mortgage insurance (MI) available to me/us if the loan for which I/we apply requires it. I/We understand that MI is not available for all types of loans. I/We select the following MI option (please check one):
- ☐ Monthly Tax Advantage Mortgage Insurance ("TAMI")
- ☐ One-Time Tax Advantage Mortgage Insurance
- ☐ Traditional Borrower-Paid Mortgage Insurance ("BPMI")

**Notice to Applicant Regarding Title Company and Closing Agent**
I/We acknowledge receipt of the Title Company and Closing Agent Notice and select the following option (please check one):
- ☐ Agree to allow Countrywide to order title.
- ☐ Choose to select the following closing agent:

  Name *Paul Robbiman*

  Address *7 Memorial Pkwy*          City *Randolph*          State *MA*          Zip *02368*

  Title Company _____

**Notice to IRS Disclosure**
I/We acknowledge receipt of the Notice IRS Disclosure and understand the information explained in the piece. I/We certify that the tax returns submitted to Countrywide are exact duplicates of those submitted to the IRS. I/We give my/our express consent to Countrywide to communicate with the IRS concerning any discrepancies and to give the IRS copies of the tax returns which I/we submitted to Countrywide.

**Consumer Handbook on Adjustable Rate Mortgages**
If I applied for an Adjustable Rate Mortgage, I/we acknowledge receipt of a copy of the booklet titled "Consumer Handbook on Adjustable Rate Mortgages" in my application package.

**Home Equity Loans**
If I applied for a Home Equity Line of Credit, I/we have received a copy of the brochure titled, "When Your Home is on the Line: What You Should Know About Home Equity Lines of Credit" in my application package.

**Please Note:** All Applicants who are included on the Home Loan application are required to sign below.

*Chandra Jordan-Jacet*                 Date *7/21/03*
Applicant Signature                     Date              Applicant Signature              Date

_____          _____      _____
Applicant Signature                     Date              Applicant Signature              Date

**For branch use only**
I certify that the above items were:   ☐ Hand delivered   ☐ Mailed to the Applicant(s) on: *7/16/03*
Date *7/16/03*          Lender Representative: _____

F-RX0 (10/00)

2 - PART FILE COPY WITH ORIGINAL SIGNATURE