# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: 09-11307-WGY

JOSEPH-LACET
Plaintiff

v.

COUNTRYWIDE
Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

After a hearing held on 10/7/09 ,this Court Orders that Defendant's Motion to Dismiss is Allowed and for the reasons stated on the record the above entitled action be and hereby is Dismissed

Sarah Thornton
Clerk

By: /s/ Elizabeth Smith

Deputy Clerk

December 4, 2009

Notice mailed to counsel of record.